United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA JOSE GARCIA VILLARROEL,<br>*Petitioner,* | § | |
| v. | § | Civil No. 5:26-cv-01487 |
| WARDEN OF LAREDO ICE PROCESSING CENTER and UNITED STATES OF AMERICA,<br>*Respondents.* | § | |

**ORDER**

Before the Court is the United States of America's Motion to Intervene. Dkt. No. 7. This Motion was filed in response to Petitioner's Petition for Writ of Habeas Corpus, which named only the Warden of the Laredo ICE Processing Center as Respondent. Dkt. No. 1. Since the initial Petition was filed, however, Petitioner timely filed an Amended Petition which additionally named Markwayne Mullin, Secretary of the Department of Homeland Security, as Respondent. Dkt. No. 6; *see* Fed. R. Civ. P. 15(a)(1)(A). As the United States of America's Motion to Intervene is responsive to the original, non-controlling complaint, and as the Petitioner's Amended Petition has cured the need for intervention, the Motion to Intervene is **DENIED** as moot.

Furthermore, the Court recognizes that Petitioner's Amended Petition is substantively and substantially different from Petitioner's original Petition, and that Respondents may require more time to file their Response. *See* Dkt. Nos. 1 and 6. Accordingly, the Court **ORDERS** that Respondents file a response to the Amended Petition

no later than **September 4, 2026**. Should Petitioner wish to file a reply, she must do so no later than **September 11, 2026**. Any deadlines set forth in the Court's earlier August 24, 2026, Order are superseded by the deadlines set forth in this Order.

IT IS SO ORDERED.

Signed this August 28, 2026, in Laredo, Texas.

Diana Song Quiroga

Diana Song Quiroga
United States Magistrate Judge